## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.<br><br>Debtors and Debtors In Possession. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| Joan and Theodore Abbott; Nancy Alario; Phil Anson; Phil Anson Mainstar Trust, Custodian FBO; Austin M. Frishman Revocable Living Trust; Maria and Nicola Balducci; Pearl Balmuth IRA-Provident Trust Group FBO; Barbara Wohlwend Trustee of the Barbara Wohlwend Living Trust DTD 8/15/2008; Robert Bartell; Marlene Bates; Ria Bay and Olaf Bellstedt; Ruth and Joseph Beal; Susan Beatty and Celia Reynolds; Marie Benessere; Arnold L. Berman Provident Trust Group, LLC FBO; Bernard Bashkoff and Eleanor N. Bashkoff Revocable Trust; Maryann Bernard; Helene Bernstein; Sandra Blessman; Judith Ann Byrum; Helen and Charles K. Caddick; Carole and Herbert Cafarella; Judith and Peter Caravella; Rose Carlucci and Kathleen Mulligan; Clinton J. Carrougher; Anthony Casoria; Robert T. Cassidy and Robert Cassidy IRA-Provident Trust Group, LLC FBO; Merrily C. and Marino T. Cassina; Janet and Carlos Castaneda, Janet Castaneda IRA-Provident Trust Group, LLC FBO, and Carlos Castaneda IRA-Provident Trust Group, LLC FBO; Darlene Cetola PA; Theodore Chaplin IRA-Provident Trust Group, LLC FBO; Clifford R. Albertson Revocable Living Trust; Paul Cohen; Paul and Sheldon S. Cohen; Shirley Conti; William Cook; Andrea Corkhill Independent Cash Account-Provident Trust Group, LLC FBO; Miguel and Olga Correa, and Miguel Correa-Provident Trust Group, LLC FBO; Joyce A. and Louis J. Costanza; Russell Coyne; Elizabeth Cruz; Steven Csanadi; Joann Culligan IRA-Provident Trust Group, LLC FBO; David A. Damon-Provident Trust Group, LLC FBO; De Jong Revocable Family Living Trust dated 5/27/2003; Cherylyn De Los Santos; Colomba and Edmund De Silva, and Edmund De Silva IRA-Provident Trust Group, LLC FBO; Maria and Joseph Defrancesco; Anthony DelTergo; Agnes DeMaria; Linda A. Derosa IRA-Provident Trust Group, LLC FBO; Angeline C.N. and Sureshchandra N. Desai; Sandra and Marvin Diamond; Dawn and Donald J. Drenguba; Richard Drouin; Allan Drutz; Fen Dykman; Elizabeth A. Colantuono Rev. Living Trust; Armando J. Escalante; The Etman Family Trust DTD 4/21/1998 and Lynn R. Etman IRA-Provident Trust Group, LLC FBO; Evelyn and Carl Newmark Trust; Donna Falciano and Edward J. Smith; Lori and Lloyd Feldman; Robert H. Fier; Shulamith and Gabrielle Fleischer, and Shulamith Fleischer IRA-Provident Trust Group, LLC FBO; Patricia and Kent Fletcher; Maria E. Forbing and Percy Forbing IRA-Provident Trust Group, LLC FBO; Celestina and | Adversary Proceeding<br><br>No. 18-50880 (KJC) |

Raymond Fradella; Doris and Harry Frankel; Donald French; Gail P. Paymer Revocable Trust Dated 2/23/2001; Josiane and Frank Gerardi; George A. Church, Trustee George and Patricia Church Revocable Trust; Cecilia and Klaus Gersdorf, and Klaus Gersdorf IRA-Provident Trust Group, LLC FBO; Anita & Mark Gerstenfeld; GG Family Trust; Deattra Glaser and Abbye Hope Feeley; Sheldon Goldman-Mainstar Trust, Custodian FBO; Arlene and Ira Goldstein; Marlene and Alan Gordon; Mary Gottlieb; Alan Grabisch Revocable Trust and Grabisch Family Partnership; Jonathan W. and Barbara K. Greenleaf as Trustees of the Greenleaf Family Trust; Robert L. Gross, Jr. Roth IRA & Traditional IRA-Provident Trust Group, LLC FBO, and Lauren G. Gross Roth IRA-Provident Trust Group, LLC FBO; Linda A. and Daniel G. Gross; Robert L. Gross; Judith and Bruce Haas; Betsy S. Haddock and Kimberly L. Brady; Lorraine and Fred Hanwell; Jody and Conrad Harbuck; Gary Harder; Stephen Harlan; Judith Hays; Phillip Heffelfinger; Manfred Heipp; Hendrika Waasdorp Trust Dated 12/09/1999; Henry F. Cohan Living Trust; Donna Hoag; Linda and Robert Huber, Jr.; Susan Huff; Bao and Sai He Huihong; Rosa and Giuseppe Isgro; William Jablonski; Sally Jacobus IRA-Provident Trust Group, LLC FBO; Elizabeth A. and Michael L. Jaffe; Angela and Wayne Jakobs. And Wayne Jakobs IRA-Provident Trust Group, LLC FBO; Jan Janow; Phillip Jerzak; Joan & Louis Giovachino Revocable Trust DTD 12/30/07; John L. and Betty L. Dunne Family Trust; Mitchell W. Johnson Roth IRA-Provident Trust Group, LLC FBO, and Victoria M. and Mitchell W. Johnson; Constance Jordan; Curtis Jordan; Joyce H. Marion Living Trust and Robert Kaplan; Keith G LLC; Ken and Emma Sattler; Ken Paddock Family Trust; Patricia Ann Kinahan and Raymond R. Skudera; Chris Kirrie; Stephen and June Kiss; Albert D. Klager Roth IRA-Provident Trust Group, LLC FBO; Ferne and Barry Kornfeld; Patricia and Donald Krahn; Adelaide L. Kurtzeborn and Helen N. Watson-Aubuchon; Carol A. Lambert and Andrea F. Darwent; Roberta LeBlanc-Ryan; Michael J. Lenihan; Marilyn and Saul Lerman; Helen and Daniel LeWinter; Walter Lincoln; Geraldine and James Lindsay; Charles Lindsell IRA-Provident Trust Group, LLC FBO; Carol and John LoCicero; Lisa Lopes IRA-Provident Trust Group, LLC FBO; Elizabeth Judy Mannaberg-Goldman IRA-Mainstar Trust, Custodian FBO; Phillis Manning, Wilber J. Manning, Jr., and Verna Pryor; Marian E. Gennaro Revocable Trust; Marilyn Kornfeld Declaration of Trust Dated 09/09/2013; Murray Markowitz IRA-Provident Trust Group, LLC FBO; Marlene Mallah & Maurice Mallah Rev. Lvg. Trust; Rose Martin and Rose Martin IRA-Mainstar Trust Custo FBO; Mary Louise Nordstrom Revocable Living Trust UTD 05/09/03; Evelyn M. Mckee Provident Trust Group, LLC FBO; Allison, Gail and

{00024718. }

Anthony Melograno; Janice Melosky and Thomas H. Tucker; Margaret Michael; Joy Miller; Kathy A. Miller IRA-Provident Trust Group, LLC FBO; Miriam Levine Rev Lvg Trust DTD 6/3/1998; Barbara and Frank Nantista; Monica Nichols; James O'Brien IRA-Provident Trust Group, LLC FBO, and Sandra and James O'Brien; Albert Ochs; Mildred E. Ohler IRA-Provident Trust Group, LLC FBO; Alicia and John Ohlsson; Irene Olin-Provident Trust Group, LLC FBO; Ottaviano Living Trust Dated May 16, 2013; Debra L. Pancaro-Provident Trust Group, LLC FBO; Paul J. Tregre Irrevocable Living Trust; Patricia Permberton; Gail F. Peterson; Kathy and John Pezzola; Joann E. Pletka and Joan Pletka IRA-Provident Trust Group, LLC FBO; Herbert Plofsky; Belinda and Donald Pokorny; Laura Pokorny; Judith A. Poley IRA-Provident Trust Group, LLC FBO; Laurence Popolizio and Lauren Gross; Laurence Power; Adrienne and Sheldon Price, Adrienne Price IRA-Provident Trust Group, LLC FBO, and Sheldon Price IRA-Provident Trust Group, LLC FBO; Muhammad A. Rahman IRA-Provident Trust Group LLC FBO; Maria Recine; Reichwald-Hiranandani Living Trust; Revocable Trust Agreement of Rhoda Bermon Dated 12/12/95; Richard D. Kirk Revocable Living Trust; Elizabeth and Vincent Rispoli; Rita Fischer Trust; Roberta K. Ash Revocable Living Trust; Sandra Robinson IRA-Provident Trust Group LLC FBO; Susan E. and Allen Rogusky; Mary D. and Walter E. Rollerson; Ronald J. Wohlwend Living Trust; Sophia Rubel and Linda Valentino; Fran and Mark Rubin; Howard Rubin; Angela Ruland; Robert Schattner; Carole and Paul Schoenberg; Sandra Settlemire; James R. Seymour IRA-Provident Trust Group, LLC FBO; Sharon Wolk Kirk Revocable Living Trust; Vivian Shaw and Vivian Shaw IRA-Provident Trust Group, LLC FBO; Amanda, Linda and Mark Siegel, and Siegel IRA-Provident Trust Group, LLC FBO; Leonard Simons IRA-Provident Trust Group, LLC FBO, Myra Simons IRA-Provident Trust Group, LLC FBO, and Myra K. and Leonard M. Simons; Connie Singleton and Sheldon Singleton IRA-Provident Trust Group, LLC FBO; Michael Skudera; Shirley Smedley; Hildegard and Lawrence H. Smith and Lawrence H. Smith IRA-Provident Trust Group, LLC FBO; Danny E. Solowy IRA-Mainstar Trust Custodian FBO; Wilisa Speed; Bruce N. Spring; Aleen and Kenneth Stanton, and Kenneth Stanton IRA-Provident Trust Group, LLC FBO; Joan Steele; Beth Sterrett and Edward Dreswick; Perry L. Stevens SEP IRA-Provident Trust Group, LLC FBO; Sandra Stone; Dean Stratsma; Gail, Randall and Wayne Streier; Marilyn Sullivan IRA-Provident Trust Group, LLC FBO; Marilyn Summers; Dirk C. Swart; Marjorie and Steven Tandlich; The Haendel Trust DTD 6/14/2002; The Murray and Linda Markowitz Irrevocable Trust; The Rita J. Berman Trust; The Thomas Family Living Trust; Sharon Thompson; Marilyn J. Tinari

> IRA-Provident Trust Group, LLC FBO, and Marilyn J. and Henry A. Tinari; Cecile and Bernard Tobin; Mike Tobin; Karen and Thomas Tomlin; Barbara and Terrance Toth, Barbara Toth IRA-Provident Trust Group, LLC FBO, and Terrance Toth IRA-Provident Trust Group, LLC FBO; David Townley; Linda and Dan Valentino; Sara Valentino, Erik Johnson and Dan Valentino; Madeline Viggiani; Helga Viscuso and Sabine Dressel, and Helga Viscuso IRA-Provident Trust Group FBO; Florence Greenwood and W. Kenneth Greenwood Family Trust; XiaoQing Wang and Jonathan Cain; Peggy S. Winnett and Christine M. Wiggers; Shirley and Don Wolfeld, and Shirley Wolfeld IRA-Mainstar Trust, Custodian FBO; Frances E. and David P. Zella; and Ronnie and Michael Zuckerman,
>
>       Plaintiffs,
>
> v.
>
> Woodbridge Group of Companies, LLC, *et al.*[1];

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-captioned plaintiffs voluntarily dismiss this action in its entirety with prejudice.

[*Signature Page Follow*]

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks California 91423. The complete list of Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the noticing and claims agent at www.gardencitygroup.com/cases/wgc.

{00024718. }

| | |
|---|---|
| Dated: December 19, 2018<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Frederick B. Rosner (DE No. 3995)<br>Jason A. Gibson (DE No 6091)<br>824 N. Market St., Suite 810<br>Wilmington, Delaware 19801<br>Tel: (302) 777-1111<br>Email: gibson@teamrosner.com<br><br>**THE SARACHEK LAW FIRM**<br>Joseph E. Sarachek (NY Bar No. 2163228)<br>101 Park Avenue, 27th Floor<br>New York, NY  10178<br>Tel: (212) 808-7881<br>Fax: (646) 861-4950<br>joe@sarecheklawfirm.com<br><br>**BLOOD HURST & O'REARDON, LLP**<br>Timothy G. Blood (CA 149343)<br>501 West Broadway, Suite 1490<br>San Diego, CA  92101<br>Tel: (619) 338-1100<br>Fax: (619) 338-1101<br>tblood@bholaw.com<br><br>*Counsel for the Plaintiffs* |

{00024718. }